AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Graham, James L. | **2. Court or Organization**<br><br>U.S. District Court, SD/OH | **3. Date of Report**<br><br>11/16/2017 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Judge-Senior | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>349 Joseph P. Kinneary U.S. CH<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 11/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Partnership-Farm Land-Franklin Co. Ohio-See Part VIII | D | Rent | N | Q | Sold (part) | 11/22/16 | M | | |
| 2. Huntington National Bank-Checking & Savings Accounts | A | Interest | L | T | | | | | |
| 3. Gold & Silver Coins | | None | J | T | | | | | |
| 4. Note Receivable-Benevolent Landlord | | None | | | Closed | 12/31/16 | | | |
| 5. 37 shs Huntington Banchsares-8.50% Conv | B | Dividend | K | T | | | | | |
| 6. Charles Schwab Money Market Account | B | Dividend | M | T | | | | | |
| 7. Middletown OH RFDG/IMPR3.75% DUE 12/01/19 | A | Interest | K | T | | | | | |
| 8. Oh ST Inft/Impr 3.25% Due 08/01/20 | B | Interest | L | T | | | | | |
| 9. Single Family Rental Columbus Oh-See Part VIII | A | Rent | M | R | | | | | |
| 10. Wells Fargo Bank Sweep Account | A | Interest | K | T | | | | | |
| 11. Wells Fargo Bank | A | Interest | | | Closed | 06/15/16 | K | | |
| 12. Charles Schwab Bank | A | Interest | L | T | | | | | |
| 13. Charles Schwab & Co.- IRA-See PartVIII VIII-Head | | | | | | | | | |
| 14. Charles Schwab Bank | E | Distribution | N | T | | | | | |
| 15. SPDR Gold Shares ETF | | None | M | T | | | | | |
| 16. Schwab Govt Money Fd | A | Interest | | | Closed | 06/15/16 | K | | |
| 17. Calamos CNV High Income FD | B | Int./Div. | | | Sold | 01/11/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Global FD | B | Dividend | | | Sold | 01/11/16 | K | A | |
| 19. Loomis Sayless Investment Mutual Fd | A | Dividend | | | Sold | 01/11/16 | K | A | |
| 20. Pimco Income Income Fd-Class D | C | Dividend | | | Sold | 01/11/16 | K | A | |
| 21. American FD Amcap FD | A | Dividend | | | Sold | 01/11/16 | K | A | |
| 22. Ariel Fund INV | B | Dividend | | | Sold | 01/11/16 | K | A | |
| 23. Dodge & Cox Stock FD | A | Dividend | | | Sold | 01/11/16 | K | A | |
| 24. Royce Special Equity Fd | B | Dividend | | | Sold | 01/11/16 | J | A | |
| 25. SPDR S&P Dividend ETF | A | Dividend | | | Sold | 01/11/16 | J | A | |
| 26. Schwab Govt Money Fd | A | Int./Div. | | | Closed | 06/08/16 | J | | |
| 27. Eaton Vance NAT ltd Mat-Muni Inc A (Y) (Y) | | | | | | | | | |
| 28. American FD Income FD (Y) | | | | | | | | | |
| 29. Ally Bank-Checking/Savings | D | Int./Div. | P1 | T | Open | 01/15/16 | P1 | | |
| 30. AT&T Inc. | B | Dividend | | | Buy | 01/06/16 | L | | |
| 31. | | | | | Sold | 03/31/16 | M | E | |
| 32. American Electric Power | A | Dividend | | | Buy | 01/04/16 | L | | |
| 33. | | | | | Sold | 03/16/16 | L | D | |
| 34. Alkermes PLC | | None | | | Buy | 05/02/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/12/16 | K | D | |
| 36. Alphabet, Inc | | None | | | Buy | 01/15/16 | K | | |
| 37. | | | | | Sold | 02/01/16 | K | C | |
| 38. Amazon Com, Inc | | None | | | Buy | 01/15/16 | K | | |
| 39. | | | | | Sold | 02/01/16 | K | A | |
| 40. Anheuser-Busch Inbev | | None | | | Buy | 01/21/16 | L | | |
| 41. | | | | | Sold | 02/01/16 | L | C | |
| 42. Apple, Inc | | None | | | Buy | 01/27/16 | L | | |
| 43. | | | | | Sold | 02/01/16 | L | C | |
| 44. Consolidated Edison | A | Dividend | | | Buy | 01/15/16 | L | | |
| 45. | | | | | Sold | 03/31/16 | L | E | |
| 46. CVS Health Corp | A | Dividend | | | Buy | 01/15/16 | K | | |
| 47. | | | | | Sold | 02/01/16 | K | A | |
| 48. Facebook | | None | | | Buy | 01/20/16 | K | | |
| 49. | | | | | Sold | 02/01/16 | K | D | |
| 50. First Solar, Inc | | None | | | Buy | 04/04/16 | K | | |
| 51. | | | | | Sold | 06/13/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ford Motor Company | A | Dividend | | | Buy | 01/15/16 | K | | |
| 53. | | | | | Sold | 02/01/16 | K | A | |
| 54. Verizon Communication | C | Dividend | | | Buy | 02/01/16 | N | | |
| 55. | | | | | Sold | 07/12/16 | N | E | |
| 56. Guggenheim Solar ETF | | None | | | Buy | 04/08/16 | L | | |
| 57. Guggenheim Solar ETF | | None | | | Sold | 07/12/16 | L | | |
| 58. Molson Coors Brewing | | None | | | Buy | 01/21/16 | L | | |
| 59. Molson Coors Brewing | | None | | | Sold | 02/01/16 | L | B | |
| 60. NRG Yield, Inc. | | None | | | Buy | 04/19/16 | K | | |
| 61. NRG Yield, Inc. | | None | | | Sold | 07/12/16 | K | C | |
| 62. Pfizer Incorporated | | None | | | Buy | 01/08/16 | M | | |
| 63. Pfizer Incorporated | | None | | | Sold | 02/01/16 | L | | |
| 64. Theratechnologies | | None | | | Buy | 03/22/16 | L | | |
| 65. Theratechnologies | | None | | | Sold | 11/02/16 | M | E | |
| 66. Walgreens Boots | | None | | | Buy | 01/15/16 | K | | |
| 67. Walgreens Boots | | None | | | Sold | 02/01/16 | K | | |
| 68. Cedar Fair, LP | | None | | | Buy | 01/15/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Cedar Fair, LP | | None | | | Sold | 03/31/16 | L | D | |
| 70. | SPDR Gold Shares ETF | | None | | | Buy | 04/04/16 | L | | |
| 71. | SPDR Gold Shares ETF | | None | | | Sold | 07/12/16 | L | D | |
| 72. | National Storage Affiliates Trust | B | Dividend | | | Buy | 01/04/16 | K | | |
| 73. | National Storage Affiliates Trust | | None | | | Sold | 07/12/16 | L | E | |
| 74. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 1, line 1: The date of purchase was April 2, 2002. The actual cost is $425,865.Appraisal date June 6, 2011. Franklin County-Brown Township - State of Ohio

Part VII, page 1, line 2: The date of the appraisal was June 6, 2011with an valuation date of June 6, 2011.

Part VII,, page 1, line 9: Purchased  4/23/10 -  Cost $147,395

Part VII, page 1, line 17: The date of purchase was 04/23/10. The actual cost is $142,296.since

Part VII, Page 1, line 4:   This is a tax-exempt organization - The payor is Listed as "The Benevolent Landlord" - No payments of principal or interest have been received from this Note 2009.

Therefore it is being considered worthless and is being considered as closed.-Therfore value is shown in Column D3

Part VII, Page 1, line 13: This is a header account for the items listed on lines 14 and 15

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 11/16/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Graham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544